Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUN 20 PM 3: 32
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Akberet GHEBRE

vs

Michael CHERTOFF, Secretary, Dept. of Homeland Security; Emilio T. GONZALEZ, Director, U.S. Citizenship & Immigration Service (U.S. CIS); Christina POULOS, Director, U.S. CIS California Service Center

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1097 DMS BLM

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Cheri Attix, Esq.
Law Office of Cheri Attix
555 West Beech St., Suite 503
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
J. HINKLE

JUN 2 0 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)